# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ATLANTIC OCEANIC LLC | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:25-cv-77-HSO-RPM |
| | § | |
| HF OFFSHORE SERVICES MEXICO | § | |
| SAPI DE CV, et al. | § | DEFENDANTS |

## FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction, such that this Final Judgment does not operate as any adjudication on the merits of this dispute.

**SO ORDERED AND ADJUDGED**, this the 22nd day of April, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE